# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CIVIL DOCKET FOR CASE #: 3:22−cv−00026−DB

| | |
|---|---|
| Salaiz v. America's Lift Chairs, LLC et al | Date Filed: 01/19/2022 |
| Assigned to: Judge David Briones | Jury Demand: Plaintiff |
| Demand: $32,000 | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Jurisdiction: Federal Question |

**Plaintiff**

**Erik Salaiz**     represented by     **Erik Salaiz**
319 Valley Fair Way
El Paso, TX 79907
*PRO SE*

V.

**Defendant**

**America's Lift Chairs, LLC**     represented by     **Virginia Bell Flynn**
*a Georgia Limited Liability Company*
Troutman Pepper Hamilton Sanders LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
704−916−1509
Fax: 704−998−4041
Email: virginia.flynn@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason Jue**     represented by     **Virginia Bell Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2022 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 300038790), filed by Erik Salaiz. (Attachments: # 1 civil cover sheet, # 2 receipt)(lc3) (Entered: 01/20/2022) |
| 01/19/2022 |  | If ordered by the court, all referrals will be assigned to Magistrate Judge TORRES (lc3) (Entered: 01/20/2022) |
| 01/20/2022 | 2 | Summons Issued as to America's Lift Chairs, LLC, Jason Jue. (lc3) (Entered: 01/20/2022) |
| 02/04/2022 | 3 | Summons Issued as to America's Lift Chairs, LLC, Jason Jue. (lc3) (Entered: 02/07/2022) |
| 02/08/2022 | 4 | WAIVER OF SERVICE Returned Executed by Erik Salaiz as to America's Lift Chairs, LLC. Waiver sent on 1/25/2022, answer due 3/28/2022; Jason Jue. Waiver |

| | | |
|---|---|---|
| | | sent on 1/25/2022, answer due 3/28/2022. (lc3) (Entered: 02/09/2022) |
| 03/28/2022 | Ï 5 | Opposed MOTION to Dismiss for Lack of Jurisdiction , *or Alternatively, to Transfer to the Southern District of Georgia* by America's Lift Chairs, LLC, Jason Jue. (Attachments: # 1 Exhibit A (Jue Declaration), # 2 Exhibit B (Mihalko Declaration))(Flynn, Virginia) (Entered: 03/28/2022) |
| 03/28/2022 | Ï 6 | RULE 7 DISCLOSURE STATEMENT filed by America's Lift Chairs, LLC identifying Other Affiliate Live Oak–ALC, LLC, Other Affiliate JL Village Holdings, LLC for America's Lift Chairs, LLC. (Flynn, Virginia) (Entered: 03/28/2022) |
| 04/14/2022 | Ï 7 | RESPONSE to Motion, filed by Erik Salaiz, re 5 Opposed MOTION to Dismiss for Lack of Jurisdiction , *or Alternatively, to Transfer to the Southern District of Georgia* filed by Defendant America's Lift Chairs, LLC, Defendant Jason Jue (mg2) (Entered: 04/14/2022) |
| 04/25/2022 | Ï 8 | ORDER GRANTING 5 Motion to Transfer to the Southern District of Georgia Signed by Judge David Briones. (lc3) (Entered: 04/26/2022) |