# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE OF THE CLERK<br>P.O. Box 8286<br>SAVANNAH, GEORGIA  31412 | (912)650-4020 |

RE:  Salaiz v. America's Lift Chairs, LLC

### NOTICE TO ALL COUNSEL OF RECORD

The above-styled case was transferred to the Southern District of Georgia, Savannah Division from:

Western District of Texas

The Civil Action Number assigned to this case is:  CV422-113

The case was filed and docketed on  April 26, 2022

and has been assigned to  Judge R. Stan Baker

DATE:  4/26/2022

cc:
Salaiz
Flynn

JOHN E. TRIPLETT, CLERK OF COURT

BY: _____
Deputy Clerk